UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSE LUIS LOPEZ-JAIME, <br><br> Petitioner, <br><br> vs. <br><br> WILLIAM BARR, et al. <br><br> Respondents. | 2:19-CV-11721-TGB <br><br><br> ORDER |

On June 10, 2019, Petitioner filed an emergency petition for the writ of habeas corpus, ECF No. 2, and a motion for a temporary restraining order, ECF No. 1, alleging that he faced imminent and unlawful removal from the United States. Later that same day, Petitioner filed a motion to withdraw his petition for the writ of habeas corpus, stating that he received assurances from respondent that he will not be removed. ECF No. 4.

The Court hereby **GRANTS** Petitioner's motion to withdraw his petition, ECF No. 4. This matter is therefore **DISMISSED**.

DATED June 28, 2019.

                                            BY THE COURT:

                                            /s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 28, 2019, by electronic and/or ordinary mail.

                                            S/A. Chubb
                                            Case Manager and Deputy Clerk